Cardillo & Corbett
Attorneys for Plaintiff
MARTRADE SHIPPING & TRANSPORT GMBH
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Robert V. Corbett (RC 2650)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH,     :
                                        :
                    Plaintiff,          :  ECF
                                        :  **RULE 7.1 STATEMENT**
          -against-                     :
                                        :
PANYU CHU KONG STEEL PIPE CO., LTD.,    :
                                        :
                    Defendant.          :
---------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, MARTRADE SHIPPING & TRANSPORT GMBH (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:    New York, New York
          March 6, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff
                              MARTRADE SHIPPING & TRANSPORT GMBH

                         By: _____
                              Robert V. Corbett (RC 2650)