UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH, :
                                    :
                        Plaintiff,  :
                                    :
            -against-               :     ORDER APPOINTING
                                    :     PERSON TO SERVE
                                    :     PROCESS
PANYU CHU KONG STEEL PIPE CO., LTD., :    08 Civ. 2376 (GEL)
                                    :
                        Defendant.  :
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03-07-08

Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of Robert V. Corbett, sworn to March 6, 2008, and good cause having been shown,

IT IS ORDERED that Robert V. Corbett, Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated:  New York, New York
        March 7, 2008

                                        _____
                                        United State District Judge

MICROFILMED
MAR 10 2008 -9 AM