UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MARTRADE SHIPPING & TRANSPORT GMBH,

                       Plaintiff,

    -against-

PANYU CHU KONG STEEL PIPE CO., LTD.,

                    Defendant.
-----------------------------------------------------------------x

ECF
**NOTICE OF APPEARANCE**
08 Civ. 2376 GEL

DEFENDANT, PANYU CHU KONG STEEL PIPE CO., LTD., hereby appears in the within action by its counsel Llorca & Hahn LLP.

                                                      Manuel R. Llorca (ML4034)
                                                      Llorca & Hahn LLP
                                                      8 Watering Lane
                                                      Norwalk, CT 06850-4418
                                                      Telephone 203 642 7321
                                                      Fax 203 642 7322
                                                      Email m.llorca@llorcahahn.com