UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                    :

MARTRADE SHIPPING & TRANSPORT      :
GMBH,
                    :

             Plaintiff,      :

  -against-                  :

PANYU CHU KONG STEEL PIPE CO., LTD.,  :

            Defendant.    :

                    :
-------------------------------------------------------------x



08 Civ. 2376 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of
this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and
without prejudice to restoring the action to the Court's calendar, provided the application to
restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
      July 1, 2008

_____
     GERARD E. LYNCH
    United States District Judge